| | |
|---|---|
| 1 | JORY C. STEELE, SBN 206944 |
|   | ALAN L. SCHLOSSER, SBN 49957 |
| 2 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
|   |   OF NORTHERN CALIFORNIA, INC. |
| 3 | 39 Drumm Street |
|   | San Francisco, CA 94111 |
| 4 | |
|   | Telephone: (415) 621-2493 |
| 5 | Facsimile: (415) 255-1478 |
|   | jsteele@aclunc.org |
| 6 | |
|   | DONALD W. BROWN, SBN 83347 |
| 7 | STEPHEN E. GEORGE, SBN 244512 |
|   | COVINGTON & BURLING LLP |
| 8 | One Front Street |
|   | San Francisco, CA 94111 |
| 9 | |
|   | Telephone: (415) 591-6000 |
| 10 | Facsimile: (415) 591-6091 |
|   | sgeorge@cov.com |
| 11 | |
|   | Attorneys for Plaintiffs |
| 12 | |

ORIGINAL FILED

JUN - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WDB

SAMUEL L. GENSAW III, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; LENA-BELLE GENSAW, a minor, by and through MARGARET L. GENSAW, her mother/legal guardian; JON-LUKE GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; PETER R. GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; WILLIAM ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/legal guardian; ANGELICA ULMER, a minor, by and through CURTIS F. GENSAW, her legal guardian; CHARLES ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/legal guardian; TERESITA ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, her father/legal guardian; ISAIAH PARSLEY, a minor, by and through RUBY GRUBBS, his foster parent and guardian *ad litem*; and CHERRISA PARSLEY, a minor, by and through RUBY GRUBBS, her foster parent and guardian *ad litem*, Individually on Behalf

C 07 3009

Civil Case No.:

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-16)

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (CIVIL LOCAL RULE 3-16)

| | |
|---|---|
| 1 | of Themselves and All Others Similarly Situated, |
| 2 | |
| | Plaintiffs, |
| 3 | |
| | v. |
| 4 | |
| 5 | DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; ROBERT BERKOWITZ, in his official capacity as a member of the Del Norte County Unified School District Board; THOMAS COCHRAN, in his official capacity as a member of the Del Norte County Unified School District Board; FAITH CRIST, in her official capacity as a member of the Del Norte County Unified School District Board; WILLIAM MAFFETT, in his official capacity as a member of the Del Norte County Unified School District Board; JAN MOOREHOUSE, in her official capacity as Superintendent of the Del Norte County Unified School District; and WILLIAM PARKER, in his official capacity as a member of the Del Norte County Unified School District Board, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| | Defendants. |
| 15 | |

Pursuant to Civ. L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties and the members of the class identified in the Complaint, there is no such interest to report.

DATED: June 8, 2007

COVINGTON & BURLING LLP

By: _____
Donald W. Brown

Attorneys for Plaintiffs