JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
 OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 246117
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

ORIGINAL FILED

JUN - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WDB

| | |
|---|---|
| SAMUEL L. GENSAW III, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; LENA-BELLE GENSAW, a minor, by and through MARGARET L. GENSAW, her mother/legal guardian; JON-LUKE GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; PETER R. GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; WILLIAM ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/legal guardian; ANGELICA ULMER, a minor, by and through CURTIS F. GENSAW, her legal guardian; CHARLES ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/ legal guardian; and TERESITA ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, her father/legal guardian; ISIAH PARSLEY, a minor, by and through RUBY GRUBBS, his foster parent and guardian ad litem; and CHERREISA PARSLEY, a minor, by and through RUBY GRUBBS, her foster parent and guardian ad litem, Individually on Behalf | Civil Case No.: C 07 3009<br><br>DECLARATION OF MARGARET L. GENSAW IN SUPPORT OF HER APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* TO PLAINTIFFS SAMUEL L. GENSAW III, LENA-BELLE GENSAW, JON-LUKE GENSAW, AND PETER R. GENSAW (Fed. R. Civ. Pr. 17(c)) |

1

DECLARATION OF MARGARET L. GENSAW IN SUPPORT OF HER APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* TO PLAINTIFFS SAMUEL L. GENSAW III, LENE-BELLE GENSAW, JON-LUKE GENSAW, AND PETER R. GENSAW (Fed. R. Civ. Pr. 17(c))

| | |
|---|---|
| 1 | of Themselves and All Others Similarly Situated, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | |
| 5 | DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; ROBERT BERKOWITZ, in his official capacity as a member of the Del Norte County Unified School District Board; THOMAS COCHRAN, in his official capacity as a member of the Del Norte County Unified School District Board; FAITH CRIST, in her official capacity as a member of the Del Norte County Unified School District Board; WILLIAM MAFFETT, in his official capacity as a member of the Del Norte County Unified School District Board; JAN MOOREHOUSE, in her official capacity as Superintendent of the Del Norte County Unified School District; and WILLIAM PARKER, in his official capacity as a member of the Del Norte County Unified School District Board, |
| 14 | Defendants. |

I, Margaret L. Gensaw, declare as follows:

1. I am the mother of Plaintiffs Samuel L. Gensaw III, Lena-Belle Gensaw, Jon-Luke Gensaw, and Peter R. Gensaw. I have personal knowledge of the contents of this declaration, and I could and would testify about those contents if I were called upon to do so.

2. Samuel is thirteen years old, Lena-Belle is eleven years old, Jon-Luke is nine years old, and Peter is seven years old. They are not competent to litigate this case on their own behalf.

3. As Samuel's, Lena-Belle's, Jon-Luke's and Peter's mother, I will look out for their best interests in this case. I would, at all times, put their best interests first and foremost.

2

DECLARATION OF MARGARET L. GENSAW IN SUPPORT OF HER APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* TO PLAINTIFFS SAMUEL L. GENSAW III, LENE-BELLE GENSAW, JON-LUKE GENSAW, AND PETER R. GENSAW (Fed. R. Civ. Pr. 17(c))

4. I am fully competent and willing to act as guardian *ad litem* for my children, Samuel L. Gensaw III, Lena-Belle Gensaw, Jon-Luke Gensaw, and Peter R. Gensaw.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct of my own personal knowledge and that this declaration was executed on June 8, 2007 in Klamath, California.

_Margaret Gensaw_
Margaret L. Gensaw

---

3

DECLARATION OF MARGARET L. GENSAW IN SUPPORT OF HER APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* TO PLAINTIFFS SAMUEL L. GENSAW III, LENE-BELLE GENSAW, JON-LUKE GENSAW, AND PETER R. GENSAW (Fed. R. Civ. Pr. 17(c))