```
 1  JORY C. STEELE, SBN 206944
    ALAN L. SCHLOSSER, SBN 49957
 2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
       OF NORTHERN CALIFORNIA, INC.
 3  39 Drumm Street
    San Francisco, CA  94111
 4
    Telephone: (415) 621-2493
 5  Facsimile: (415) 255-1478
    jsteele@aclunc.org
 6
    DONALD W. BROWN, SBN 83347
 7  STEPHEN E. GEORGE, SBN 244512
    COVINGTON & BURLING LLP
 8  One Front Street
    San Francisco, CA  94111
 9
    Telephone: (415) 591-6000
10  Facsimile: (415) 591-6091
    sgeorge@cov.com
11
    Attorneys for Plaintiffs
12
                        UNITED STATES DISTRICT COURT
13
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
15  SAMUEL L. GENSAW III, a minor, by and
    through MARGARET L. GENSAW, his
16  mother/legal guardian; LENA-BELLE            Civil Case No.:
    GENSAW, a minor, by and through
17  MARGARET L. GENSAW, her mother/legal
    guardian; JON-LUKE GENSAW, a minor,
18  by and through MARGARET L. GENSAW,
    his mother/legal guardian; PETER R.          DECLARATION OF CURTIS F.
19  GENSAW, a minor, by and through              GENSAW IN SUPPORT OF HIS
    MARGARET L. GENSAW, his mother/legal         APPLICATION FOR APPOINTMENT
20  guardian; WILLIAM ULMER-GENSAW, a            AS GUARDIAN AD LITEM TO
    minor, by and through CURTIS F.              PLAINTIFFS WILLIAM ULMER-
21  GENSAW, his father/legal guardian;           GENSAW, CHARLES ULMER-
    ANGELICA ULMER, a minor, by and              GENSAW, TERESITA ULMER-
22  through CURTIS F. GENSAW, her legal          GENSAW, AND ANGELICA ULMER
    guardian; CHARLES ULMER-GENSAW, a            (Fed. R. Civ. Pr. 17(c))
23  minor, by and through CURTIS F.
    GENSAW, his father/ legal guardian; and
24  TERESITA ULMER-GENSAW, a minor, by
    and through CURTIS F. GENSAW, her
25  father/legal guardian; ISAIAH PARSLEY, a
    minor, by and through RUBY GRUBBS, his
26  foster parent and guardian ad litem; and
    CHERRISA PARSLEY, a minor, by and
27  through RUBY GRUBBS, her foster parent
    and guardian ad litem, Individually on Behalf
28
```

E-Filing

C 07 3009

WDB

1

DECLARATION OF CURTIS F. GENSAW IN SUPPORT OF HIS APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* TO PLAINTIFFS WILLIAM ULMER-GENSAW, CHARLES ULMER-GENSAW, TERESITA ULMER-GENSAW, AND ANGELICA ULMER (Fed. R. Civ. Pr. 17(c))

|   | of Themselves and All Others Similarly Situated, |
|---|---|
| 1 | |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | |
| 5 | DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; ROBERT BERKOWITZ, in his official capacity as a member of the Del Norte County Unified School District Board; THOMAS COCHRAN, in his official capacity as a member of the Del Norte County Unified School District Board; FAITH CRIST, in her official capacity as a member of the Del Norte County Unified School District Board; WILLIAM MAFFETT, in his official capacity as a member of the Del Norte County Unified School District Board; JAN MOOREHOUSE, in her official capacity as Superintendent of the Del Norte County Unified School District; and WILLIAM PARKER, in his official capacity as a member of the Del Norte Unified County School District Board, |
| 15 | Defendants. |

I, Curtis F. Gensaw, declare as follows:

1. I am the father of Plaintiffs William Ulmer-Gensaw, Charles Ulmer-Gensaw, and Teresita Ulmer-Gensaw, and the legal guardian of Angelica Ulmer. I have personal knowledge of the contents of this declaration, and I could and would testify about those contents if I were called upon to do so.

2. William is twelve years old, Charles is nine years old, Teresita is five years old, and Angelica is thirteen years old. They are not competent to litigate this case on their own behalf.

3. As William's, Charles' and Teresita's father and Angelica's legal guardian, I will look out for their best interests in this case. I would, at all times, put their best interests

2

DECLARATION OF CURTIS F. GENSAW IN SUPPORT OF HIS APPLICATION AND ORDER FOR APPOINTMENT AS GUARDIAN *AD LITEM* TO PLAINTIFFS WILLIAM ULMER-GENSAW, CHARLES ULMER-GENSAW, TERESITA ULMER-GENSAW, AND ANGELICA ULMER (Fed. R. Civ. Pr. 17(c))

first and foremost.

4. I am fully competent and willing to act as guardian *ad litem* for my children, William Ulmer-Gensaw, Charles Ulmer-Gensaw and Teresita Ulmer-Gensaw, and for my legal guardian, Angelica Ulmer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct of my own personal knowledge and that this declaration was executed on June __, 2007 in Klamath, California.

*/s/ Curtis F. Gensaw*

Curtis F. Gensaw

---

3

DECLARATION OF CURTIS F. GENSAW IN SUPPORT OF HIS APPLICATION AND ORDER FOR APPOINTMENT AS GUARDIAN *AD LITEM* TO PLAINTIFFS WILLIAM ULMER-GENSAW, CHARLES ULMER-GENSAW, TERESITA ULMER-GENSAW, AND ANGELICA ULMER (Fed. R. Civ. Pr. 17(c))