JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111

Telephone:  (415) 621-2493
Facsimile:  (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, ET AL.<br><br>    Defendants. | Civil Case No.: C 07 3009<br><br>**PLAINTIFFS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Hon. Wayne D. Brazil |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the plaintiffs in the above-entitled action hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

1
2  DATED: September 10, 2007
3

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

4
5  By: _____
         Jory C. Steele
6
7  DATED: September 10, 2007      COVINGTON & BURLING LLP
8
9  By: _____
         Donald W. Brown
10
           Attorneys for Plaintiffs