JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, ET AL.<br><br>  Plaintiffs,<br><br>  v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, ET AL.<br><br>  Defendants. | Civil Case No.: C 07 3009<br><br>**PLAINTIFFS' RULE 26(f) REPORT**<br><br>Hon. Wayne D. Brazil |

In an effort to facilitate meaningful settlement negotiations, the parties to the above-entitled action have not yet conferred concerning Rule 26(a)(1) initial disclosures, the preservation of discoverable information, or the development of a discovery plan.

While plaintiffs have provided a courtesy copy of the Complaint to counsel for defendants, plaintiffs have not yet formally served the Complaint on the defendants. Plaintiffs have refrained from serving the Complaint to allow time for (1) the defendant School District to

PLAINTIFFS' RULE 26(f) REPORT

respond to and produce documents requested by the ACLU pursuant to the Public Records Act; (2) plaintiffs' counsel to review and analyze the voluminous documents produced by the School District; and (3) meetings with the School District in an effort to resolve this case informally. At this time, the requested documents have been produced, plaintiffs are far along in their review and analysis of the documents, and the School District has agreed to meet with plaintiffs during the first part of October to discuss possible settlement.

Should the results of this meeting suggest that further settlement negotiations are unlikely to bear fruit, plaintiffs will commence discovery-related activities and will confer with the defendants concerning Rule 26(a)(1) initial disclosures, the preservation of discoverable information, and the development of a discovery plan.

Respectfully submitted,

DATED:   September 10, 2007

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By: _____
       Jory C. Steele

DATED:   September 10, 2007

COVINGTON & BURLING LLP

By: _____
       Donald W. Brown

Attorneys for Plaintiffs