1
2
3
4                         UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   SAMUEL L. GENSHAW, III, et al.           No. C 07-3009 WDB
8              Plaintiffs,                   NOTICE RESCHEDULING CASE
                                             MANAGEMENT CONFERENCE
9        v.
10  DEL NORTE COUNTY UNIFIED
    SCHOOL DISTRICT, et al.
11
12             Defendants.
    _____/
13
TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the request in Plaintiffs' Case Management Statement, filed on September 10, 2007, you are hereby notified that the Initial Case Management Conference originally scheduled for September 17, 2007, has been rescheduled to **December 18, 2007, at 4:00 p.m.** Lead trial counsel for each party must participate in the case management conference. **No later than seven court days** prior to the case management conference, the parties must meet and confer and file a Joint Case Management Statement.

Dated: September 11, 2007

                                          Richard W. Wieking, Clerk
                                          United States District Court

                                          *Sarah Weinstein*

                                          By:   Sarah Weinstein
                                                Law Clerk/Deputy Clerk

Copies to:
    All parties,
    WDB, Stats