John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al., | CASE NO.: C-07-3009 |
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| vs. | **AND** |
| DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: October 22, 2007

MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
John M. Vrieze
William F. Mitchell
Attorneys for Defendants