**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**October 24, 2007**

CASE NUMBER:  CV 07-03009 WDB
CASE TITLE:  SAMUEL L. GENSAW III-v-DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable THELTON E. HENDERSON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: October 24, 2007

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                        Entered in Computer 10/24/07 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel               Transferor CSA