JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

RECEIVED
JUN - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-Filing

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL L. GENSAW III, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; LENA-BELLE GENSAW, a minor, by and through MARGARET L. GENSAW, her mother/legal guardian; JON-LUKE GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; PETER R. GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; WILLIAM ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/legal guardian; ANGELICA ULMER, a minor, by and through CURTIS F. GENSAW, her legal guardian; CHARLES ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/ legal guardian; and TERESITA ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, her father/legal guardian; ISAIAH PARSLEY, a minor, by and through RUBY GRUBBS, his foster parent and guardian ad litem; and CHERRISA PARSLEY, a minor, by and through RUBY GRUBBS, her foster parent and guardian ad litem, Individually on Behalf of Themselves and All Others Similarly

Civ Case No. C 07-3009

APPLICATION AND ORDER FOR APPOINTMENT OF MARGARET L. GENSAW AS GUARDIAN *AD LITEM* TO PLAINTIFFS SAMUEL L. GENSAW III, LENA-BELLE GENSAW, JON-LUKE GENSAW AND PETER R. GENSAW (Fed. R. Civ. Pr. 17(c))

1  Situated,

2       Plaintiffs,

3    v.

4
   DEL NORTE COUNTY UNIFIED
5  SCHOOL DISTRICT; ROBERT
   BERKOWITZ, in his official capacity as a
6  member of the Del Norte County Unified
   School District Board; THOMAS
7  COCHRAN, in his official capacity as a
   member of the Del Norte County Unified
8  School District Board; FAITH CRIST, in
   her official capacity as a member of the Del
9  Norte County Unified School District
   Board; WILLIAM MAFFETT, in his
10 official capacity as a member of the Del
   Norte County Unified School District
11 Board; JAN MOOREHOUSE, in her
   official capacity as Superintendent of the
12 Del Norte County Unified School District;
   and WILLIAM PARKER, in his official
13 capacity as a member of the Del Norte
   County Unified School District Board,
14
        Defendants.
15

16

17
         Margaret L. Gensaw hereby petitions the Court, pursuant to Fed. R. Civ Pr. 17(c),
18
   to appoint her as guardian *ad litem* to her children, Samuel L. Gensaw III, a thirteen year
19
   old, Lena-Belle Gensaw, an eleven year old, Jon-Luke Gensaw, a nine year old, and Peter
20
   R. Gensaw, a seven year old, for purposes of the above-captioned lawsuit. Plaintiffs are
21
   minors and are not competent to prosecute this lawsuit on their own behalf.
22
         Simultaneously with this petition, Plaintiffs have filed a Complaint for Violations
23
   of the Fourteenth Amendment to the United States Constitution, Title VI of the Civil
24
   Rights Act of 1964, and California Government Code Section 11135 alleging
25
   discrimination on the basis of National Origin.
26
         Margaret L. Gensaw is a competent and responsible person and is fully capable to
27
   act on Plaintiffs' behalf as guardian *ad litem*. Margaret L. Gensaw is Samuel's, Lena-
28

2
APPLICATION AND ORDER FOR APPOINTMENT OF MARGARET L. GENSAW AS GUARDIAN *AD LITEM* TO PLAINTIFFS SAMUEL L. GENSAW III, LENA-BELLE GENSAW, JON-LUKE GENSAW AND PETER R. GENSAW (Fed. R. Civ. Pr. 17(c))

1  Belle's, Jon-Luke's and Peter's mother, and is responsible for their well-being, making
2  her appointment particularly appropriate. Attached hereto as Exhibit A is Margaret L.
3  Gensaw's declaration in support of this Application.
4      WHEREFORE, Margaret L. Gensaw moves the Court for an order appointing her
5  as guardian *ad litem*, pursuant to Fed. R. Civ. Pr. 17(c), for the purpose of prosecuting
6  this action on behalf of Plaintiffs Samuel L. Gensaw III, Lena-Belle Gensaw, Jon-Luke
7  Gensaw and Peter R. Gensaw.

9  Dated: June 8, 2007                           Respectfully submitted,

*/s/ Jory Steele*
JORY C. STEELE
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Attorneys for Plaintiffs

---

3
APPLICATION AND ORDER FOR APPOINTMENT OF MARGARET L. GENSAW AS GUARDIAN *AD LITEM* TO PLAINTIFFS SAMUEL L. GENSAW III, LENA-BELLE GENSAW, JON-LUKE GENSAW AND PETER R. GENSAW (Fed. R. Civ. Pr. 17(c))

**ORDER**

The petition for an order appointing Margaret L. Gensaw as guardian *ad litem* to Plaintiffs Samuel L. Gensaw III, Lena-Belle Gensaw, Jon-Luke Gensaw and Peter R. Gensaw in the above-captioned matter, pursuant to Fed. R. Civ Pr. 17(c), is GRANTED.

IT IS SO ORDERED.

Dated: 10/31, 2007

UNITED STATES DISTRICT COURT JUDGE

---

4

APPLICATION AND ORDER FOR APPOINTMENT OF MARGARET L. GENSAW AS GUARDIAN *AD LITEM* TO PLAINTIFFS SAMUEL L. GENSAW III, LENA-BELLE GENSAW, JON-LUKE GENSAW, AND PETER R. GENSAW (Fed. R. Civ. Pr. 17(c))