1  JORY C. STEELE, SBN 206944
   ALAN L. SCHLOSSER, SBN 49957
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     OF NORTHERN CALIFORNIA, INC.
3  39 Drumm Street
   San Francisco, CA 94111
4
   Telephone: (415) 621-2493
5  Facsimile: (415) 255-1478
   jsteele@aclunc.org
6
   DONALD W. BROWN, SBN 83347
7  STEPHEN E. GEORGE, SBN 244512
   COVINGTON & BURLING LLP
8  One Front Street
   San Francisco, CA 94111
9
   Telephone: (415) 591-6000
10 Facsimile: (415) 591-6091
   sgeorge@cov.com
11
   Attorneys for Plaintiffs

E-Filing

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

C 07 3009 TEH

| | |
|---|---|
| SAMUEL L. GENSAW III, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; LENA-BELLE GENSAW, a minor, by and through MARGARET L. GENSAW, her mother/legal guardian; JON-LUKE GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; PETER R. GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; WILLIAM ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/legal guardian; ANGELICA ULMER, a minor, by and through CURTIS F. GENSAW, her legal guardian; CHARLES ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/ legal guardian; and TERESITA ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, her father/legal guardian; ISAIAH PARSLEY, a minor, by and through RUBY GRUBBS, his foster parent and guardian ad litem; and CHERRISA PARSLEY, a minor, by and through RUBY GRUBBS, her foster parent and guardian ad litem, Individually on Behalf of Themselves and All Others Similarly | Civil Case No.:<br><br>APPLICATION AND ORDER FOR APPOINTMENT OF CURTIS F GENSAW AS GUARDIAN *AD LITEM* TO PLAINTIFFS WILLIAM ULMER-GENSAW, CHARLES ULMER-GENSAW, TERESITA ULMER-GENSAW, AND ANGELICA ULMER (Fed. R. Civ. Pr. 17(c)) |

| | |
|---|---|
| 1 | Situated, |
| 2 |     Plaintiffs, |
| 3 |     v. |
| 4 | |
| 5 | DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; ROBERT BERKOWITZ, in his official capacity as a member of the Del Norte Unified School District Board; THOMAS COCHRAN, in his official capacity as a member of the Del Norte Unified School District Board; FAITH CRIST, in her official capacity as a member of the Del Norte Unified School District Board; WILLIAM MAFFETT, in his official capacity as a member of the Del Norte Unified School District Board; JAN MOOREHOUSE, in her official capacity as Superintendent of the Del Norte Unified School District; and WILLIAM PARKER, in his official capacity as a member of the Del Norte Unified School District Board, |
| |     Defendants. |

Curtis F. Gensaw hereby petitions the Court, pursuant to Fed. R. Civ. Pr. 17(c), to appoint him as guardian *ad litem* to his children William Ulmer-Gensaw, a twelve year old, Charles Ulmer-Gensaw, a nine year old, Teresita Ulmer-Gensaw, a five year old, and to his legal guardian, Angelica Ulmer, a thirteen year old, for purposes of the above-captioned lawsuit. Plaintiffs are minors and are not competent to prosecute this lawsuit on their own behalf.

Simultaneously with this petition, Plaintiffs have filed a Complaint for Violations of the Fourteenth Amendment to the United States Constitution, Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, and California Government Code Section 11135, alleging discrimination on the basis of National Origin.

Curtis F. Gensaw is a competent and responsible person and is fully capable to act on Plaintiffs' behalf as guardian *ad litem*. Curtis F. Gensaw is William's, Charles', and Teresita's father, and Angelica's legal guardian, and is responsible for their well-being,

1 | making his appointment particularly appropriate. Attached hereto as Exhibit A is Curtis F. Gensaw's declaration in support of this Application.

WHEREFORE, Curtis F. Gensaw moves the Court for an order appointing him as guardian *ad litem*, pursuant to Fed. R. Civ. Pr. 17(c), for the purpose of prosecuting this action on behalf of Plaintiffs William Ulmer-Gensaw, Charles Ulmer-Gensaw, Teresita Ulmer-Gensaw, and Angelica Ulmer.

Dated: June 8, 2007

Respectfully submitted,

JORY C. STEELE
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Attorneys for Plaintiffs

3
APPLICATION AND ORDER FOR APPOINTMENT OF CURTIS F. GENSAW AS GUARDIAN *AD LITEM* TO PLAINTIFFS WILLIAM ULMER-GENSAW, CHARLES ULMER-GENSAW, TERESITA ULMER-GENSAW, AND ANGELICA ULMER (Fed. R. Civ. Pr. 17(c))

**ORDER**

The petition for an order appointing Curtis F. Gensaw as guardian *ad litem* to Plaintiffs William Ulmer-Gensaw, Charles Ulmer-Gensaw, Angelica Ulmer and Teresita Ulmer-Gensaw in the above-captioned matter, pursuant to Fed. R. Civ. Pr. 17(c), is GRANTED.

IT IS SO ORDERED.

Dated: 10/31, 2007

_____
UNITED STATES DISTRICT COURT JUDGE