```
 1 │ JORY C. STEELE, SBN 206944
   │ ALAN L. SCHLOSSER, SBN 49957
 2 │ AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   │   OF NORTHERN CALIFORNIA, INC.
 3 │ 39 Drumm Street
   │ San Francisco, CA 94111
 4 │
   │ Telephone: (415) 621-2493
 5 │ Facsimile: (415) 255-1478
   │ jsteele@aclunc.org
 6 │
   │ DONALD W. BROWN, SBN 83347
 7 │ STEPHEN E. GEORGE, SBN 244512
   │ COVINGTON & BURLING LLP
 8 │ One Front Street
   │ San Francisco, CA 94111
 9 │
   │ Telephone: (415) 591-6000
10 │ Facsimile: (415) 591-6091
   │ sgeorge@cov.com
11 │
   │ Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; LENA-BELLE GENSAW, a minor, by and through MARGARET L. GENSAW, her mother/legal guardian; JON-LUKE GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; PETER R. GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; WILLIAM ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/legal guardian; ANGELICA ULMER, a minor, by and through CURTIS F. GENSAW, her legal guardian; CHARLES ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/ legal guardian; and TERESITA ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, her father/legal guardian; ISAIAH PARSLEY, a minor, by and through RUBY GRUBBS, his foster parent and guardian ad litem; and CHERRISA PARSLEY, a minor, by and through RUBY GRUBBS, her foster parent and guardian ad litem, Individually on Behalf of Themselves and All Others Similarly | Civil Case No.: C 07 3009 TEH<br><br>APPLICATION AND ORDER FOR APPOINTMENT OF RUBY GRUBBS AS GUARDIAN *AD LITEM* TO PLAINTIFFS ISAIAH PARSLEY AND CHERRISA PARSLEY (Fed. R. Civ. Pr. 17(c)) |

1  Situated,
2       Plaintiffs,
3       v.
4
5  DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; ROBERT BERKOWITZ, in his official capacity as a
6  member of the Del Norte County Unified School District Board; THOMAS
7  COCHRAN, in his official capacity as a member of the Del Norte County Unified
8  School District Board; FAITH CRIST, in her official capacity as a member of the Del
9  Norte County Unified School District Board; WILLIAM MAFFETT, in his
10 official capacity as a member of the Del Norte County Unified School District
11 Board; JAN MOOREHOUSE, in her official capacity as Superintendent of the
12 Del Norte County Unified School District; and WILLIAM PARKER, in his official
13 capacity as a member of the Del Norte County Unified School District Board,
14
        Defendants.
15

Ruby Grubbs hereby petitions the Court, pursuant to Fed. R. Civ. Pr. 17(c), to appoint her as guardian *ad litem* to her foster children, Isaiah, a two year old and Cherrisa, an eight month old, for purposes of the above-captioned lawsuit. Plaintiffs are minors and are not competent to prosecute this lawsuit on their own behalf.

Simultaneously with this petition, Plaintiffs have filed a Complaint for Violations of the Fourteenth Amendment to the United States Constitution, Title VI of the Civil Rights Act of 1964, and California Government Code Section 11135 alleging discrimination on the basis of National Origin.

Ruby Grubbs is a competent and responsible person and is fully capable to act on Plaintiffs' behalf as guardian *ad litem*. Ruby Grubbs is Isaiah's and Cherrisa's foster mother, and is responsible for their well-being, making her appointment particularly

appropriate. Attached hereto as Exhibit A is Ruby Grubbs' declaration in support of this Application.

WHEREFORE, Ruby Grubbs moves the Court for an order appointing her as guardian *ad litem*, pursuant to Fed. R. Civ. Pr. 17(c), for the purpose of prosecuting this action on behalf of Plaintiffs Isaiah Parsley and Cherrisa Parsley.

Dated: June 8, 2007

Respectfully submitted,

JORY C. STEELE
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF NORTHERN
  CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Attorneys for Plaintiffs

1 **ORDER**

2 The petition for an order appointing Ruby Grubbs as guardian *ad litem* to

3 Plaintiffs Isaiah Parsley and Cherrisa Parsley in the above-captioned matter, pursuant to

4 Fed. R. Civ. Pr. 17(c), is GRANTED.

5 IT IS SO ORDERED.

7 Dated: 10/31, 2007

8 UNITED STATES DISTRICT COURT JUDGE

---

4
APPLICATION AND ORDER FOR APPOINTMENT OF RUBY GRUBBS AS GUARDIAN *AD LITEM* TO
PLAINTIFFS ISAIAH PARSLEY AND CHERRISA PARSLEY (Fed. R. Civ. Pr. 17(c))