# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENSAW ET AL, | No. C 07-03009 TEH |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT ET AL, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 12/17/07 at 1:30 PM has been rescheduled for **Monday, 01/28/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated:  November 19, 2007                                          FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk