John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al., | CASE NO.: C-07-3009-TEH |
| Plaintiffs, | **AMENDED<br>NOTICE OF MOTION TO DISMISS** |
| vs. | |
| DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al., | DATE: Monday, January 7, 2008<br>TIME: 10:00 a.m.<br>CTRM: 12, 19th Floor<br>Honorable Thelton E. Henderson |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**AMENDED** NOTICE OF MOTION TO DISMISS

# NOTICE

PLEASE TAKE NOTICE that on **Monday, January 7, 2008,** at **10:00 a.m.**, in the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, defendants will move the Court for an order dismissing plaintiffs' complaint. The motion is brought pursuant to Federal Rules of Civil Procedure, and Rule 12(b)(6) on the ground that the complaint fails to state a valid cause of action, as set forth in the previously filed motion.

DATED: November 30, 2007                MITCHELL, BRISSO, DELANEY & VRIEZE

By: *[signature]*
John M. Vrieze
William F. Mitchell
Attorneys for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

AMENDED NOTICE OF MOTION TO DISMISS

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

### AMENDED NOTICE OF MOTION TO DISMISS

__X__ By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with the practice of this business for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____ By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____ By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed November 30, 2007, at Eureka, California.

Kathy Radford

Donald W. Brown
COVINGTON & BURLING
Attorneys at Law
One Front Street
San Francisco, CA 94111

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502