JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs


JOHN M. VRIEZE, SBN 115397
WILLIAM F. MITCHELL, SBN 159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502

Telephone: (707) 443-5643
Facsimile: (707) 444-9586
jvrieze@mitchelllawfirm.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, ET AL.<br><br>  Plaintiffs,<br><br>  v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, ET AL.<br><br>  Defendants. | Civil Case No.: C 07 3009 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Honorable Thelton E. Henderson |

1  WHEREAS the Court, in its December 4, 2007 order in the above-captioned
2  case, rescheduled the Motion to Dismiss hearing from January 7, 2008 to March 3, 2008, and
3  offered to "entertain a stipulation to change the briefing schedule, provided that the Reply is
4  filed no later than February 4, 2008"; and

5  WHEREAS plaintiffs Curtis F. Gensaw III, et al. and defendants Del Norte
6  County Unified School District, et al. (collectively the "Parties") have agreed to extend the
7  briefing schedule for the Motion to Dismiss consistent with the new hearing date, the Court's
8  order, and the Civil Local Rules of Court for the Northern District; and

9  WHEREAS each Party would like more time to respond effectively to the other
10 Party's submission;

11 WHEREAS an attorney for plaintiffs needs to travel on business at the time of
12 the Case Management Conference currently scheduled for January 28, 2007;

13 WHEREAS none of the proposed changes will affect the progress of this action
14 to the knowledge of the Parties;

15 IT IS HEREBY STIPULATED by and between the Parties that, pursuant to the
16 Court's approval, the deadline for the filing of plaintiffs' Opposition to defendants' Motion to
17 Dismiss is moved to January 16, 2008; the deadline for the filing of defendants' Reply to
18 plaintiffs' Opposition is moved to February 4, 2008; and the Case Management Conference is
19 moved to March 3, 2008, at 1:30pm.

21          Respectfully Submitted,

23 DATED: December 7, 2007          AMERICAN CIVIL LIBERTIES UNION
                                    FOUNDATION OF NORTHERN CALIFORNIA

                                    By: _____
                                        Jory C. Steele

DATED: December 6, 2007　　　　COVINGTON & BURLING LLP

By: _____
　　　　Donald W. Brown

　　　　Attorneys for Plaintiffs


DATED: December __, 2007　　　　MITCHELL, BRISSO, DELANEY & VRIEZE


By: _____
　　　　John M. Vrieze

　　　　Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: December __, 2007　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Thelton E. Henderson

From:MITCHELL,BRISSO,ETAL        707 444 9586            12/11/2007 10:19   #159 P.004/004
Case 3:07-cv-03009-TEH    Document 28    Filed 12/11/2007    Page 4 of 4

Dec-06-2007 05:40pm    From-Covington & Burling LLP              +415000000000    T-028   P.005/005   F-755

1 DATED: December ___, 2007        COVINGTON & BURLING LLP

3          By: _____
                     Donald W. Brown

            Attorneys for Plaintiffs

8 DATED: December 6, 2007         MITCHELL, BRISSO, DELANEY & VRIEZE

10         By: _____
                     John M. Vrieze

            Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16 DATED: December ___, 2007       _____
                                    Hon. Thelton E. Henderson