1  JORY C. STEELE, SBN 206944
   ALAN L. SCHLOSSER, SBN 49957
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     OF NORTHERN CALIFORNIA, INC.
3  39 Drumm Street
   San Francisco, CA 94111
4
   Telephone: (415) 621-2493
5  Facsimile: (415) 255-1478
   jsteele@aclunc.org
6
   DONALD W. BROWN, SBN 83347
7  STEPHEN E. GEORGE, SBN 244512
   COVINGTON & BURLING LLP
8  One Front Street
   San Francisco, CA 94111
9
   Telephone: (415) 591-6000
10 Facsimile: (415) 591-6091
   sgeorge@cov.com
11
   Attorneys for Plaintiffs
12

13 JOHN M. VRIEZE, SBN 115397
   WILLIAM F. MITCHELL, SBN 159831
14 MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
15 814 Seventh Street
   P. O. Drawer 1008
16 Eureka, CA 95502

17 Telephone: (707) 443-5643
   Facsimile: (707) 444-9586
18 jvrieze@mitchelllawfirm.com

19 Attorneys for Defendants

20

21                     UNITED STATES DISTRICT COURT

22                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

23
   SAMUEL L. GENSAW III, ET AL.              Civil Case No.: C 07 3009 TEH
24
        Plaintiffs,
25                                            **STIPULATION AND** [PROPOSED]
        v.                                    **ORDER**
26
   DEL NORTE COUNTY UNIFIED
27 SCHOOL DISTRICT, ET AL.                    Honorable Thelton E. Henderson

28      Defendants.

WHEREAS the Court, in its December 4, 2007 order in the above-captioned case, rescheduled the Motion to Dismiss hearing from January 7, 2008 to March 3, 2008, and offered to "entertain a stipulation to change the briefing schedule, provided that the Reply is filed no later than February 4, 2008"; and

WHEREAS plaintiffs Curtis F. Gensaw III, et al. and defendants Del Norte County Unified School District, et al. (collectively the "Parties") have agreed to extend the briefing schedule for the Motion to Dismiss consistent with the new hearing date, the Court's order, and the Civil Local Rules of Court for the Northern District; and

WHEREAS each Party would like more time to respond effectively to the other Party's submission;

WHEREAS an attorney for plaintiffs needs to travel on business at the time of the Case Management Conference currently scheduled for January 28, 2007;

WHEREAS none of the proposed changes will affect the progress of this action to the knowledge of the Parties;

IT IS HEREBY STIPULATED by and between the Parties that, pursuant to the Court's approval, the deadline for the filing of plaintiffs' Opposition to defendants' Motion to Dismiss is moved to January 16, 2008; the deadline for the filing of defendants' Reply to plaintiffs' Opposition is moved to February 4, 2008; and the Case Management Conference is moved to March 3, 2008, at ~~1:30pm~~ 10:00 AM

Respectfully Submitted,

DATED: December 7, 2007          AMERICAN CIVIL LIBERTIES UNION
                                 FOUNDATION OF NORTHERN CALIFORNIA


                                 By: _____
                                     Jory C. Steele

| | | |
|---|---|---|
| 1 | DATED: December 6, 2007 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | By: /s/ Donald W. Brown |
| 4 | | Donald W. Brown |
| 5 | | Attorneys for Plaintiffs |

DATED: December __, 2007       MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
    John M. Vrieze

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December __, 2007       _____
                               Hon. Thelton E. Henderson

From:MITCHELL,BRISSO,ETAL    707 444 9586    12/11/2007 10:19 #190 P.004/004
Case 3:07-cv-03009-TEH    Document 29-2    Filed 12/14/2007    Page 4 of 4

Dec-06-2007 05:40pm    From-Covington & Burling LLP    +415000000000    T-028    P.005/005    F-755

DATED: December __, 2007    COVINGTON & BURLING LLP

By: _____
        Donald W. Brown

Attorneys for Plaintiffs


DATED: December 6, 2007    MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
        John M. Vrieze

Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 13, 2007    _____
        Hon. Thelton E. Henderson

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]