1  JORY C. STEELE, SBN 206944
   ALAN L. SCHLOSSER, SBN 49957
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     OF NORTHERN CALIFORNIA, INC.
3  39 Drumm Street
   San Francisco, CA  94111
4
   Telephone:  (415) 621-2493
5  Facsimile:  (415) 255-1478
   jsteele@aclunc.org
6
   DONALD W. BROWN, SBN 83347
7  STEPHEN E. GEORGE, SBN 244512
   COVINGTON & BURLING LLP
8  One Front Street
   San Francisco, CA  94111
9
   Telephone: (415) 591-6000
10 Facsimile: (415) 591-6091
   sgeorge@cov.com
11
   Attorneys for Plaintiffs
12

13 JOHN M. VRIEZE, SBN 115397
   WILLIAM F. MITCHELL, SBN 159831
14 MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
15 814 Seventh Street
   P. O. Drawer 1008
16 Eureka, CA 95502

17 Telephone: (707) 443-5643
   Facsimile: (707) 444-9586
18 jvrieze@mitchelllawfirm.com

19 Attorneys for Defendants

20
                    UNITED STATES DISTRICT COURT
21
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| 23  SAMUEL L. GENSAW III, ET AL. | Civil Case No.: C 07 3009 TEH |
| 24      Plaintiffs, | |
| 25      v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS HEARING AND CASE** |
| 26  DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, ET AL. | **MANAGEMENT CONFERENCE** |
| 27      Defendants. | Honorable Thelton E. Henderson |
| 28 | |

1  WHEREAS the Court, in its December 4, 2007 order in the above-captioned
2  case, rescheduled the Motion to Dismiss hearing from January 7, 2008 to March 3, 2008; and
3  WHEREAS the Court, in its December 13, 2007 order in the above-captioned
4  case, agreed to a stipulation extending the Motion to Dismiss briefing schedule (such that the
5  Opposition would be due January 16, 2008 and the Reply would be due February 4, 2008) and
6  rescheduling the Case Management Conference from January 28, 2008 to March 3, 2008 (such
7  that it would coincide with the Motion to Dismiss hearing); and
8  WHEREAS Plaintiffs Curtis F. Gensaw III, et al. and Defendants Del Norte
9  County Unified School District, et al. (collectively the "Parties") have agreed to continue both
10 the Motion to Dismiss hearing and the Case Management Conference; and
11 WHEREAS the attorney who intends to argue the Motion to Dismiss on behalf of
12 Plaintiffs has just discovered that a three week medical leave will render her unavailable from
13 March 3, 2008 to March 24, 2008; and
14 WHEREAS Defendants and their attorneys would prefer the Case Management
15 Conference and the Motion to Dismiss hearing to take place on the same day in view of the
16 great distance they must travel to be in attendance; and
17 WHEREAS the proposed continuance of the Motion to Dismiss hearing will not
18 affect the briefing schedule, as the Parties have now fully briefed the Motion to Dismiss; and
19 WHEREAS neither of the proposed continuances will affect the progress of this
20 action beyond delaying the resolution of the Motion to Dismiss by four weeks;
21 IT IS HEREBY STIPULATED by and between the Parties that, pursuant to the
22 Court's approval, the Motion to Dismiss hearing is continued to March 31, 2008, at 10:00 AM;
23 and the Case Management Conference is likewise continued to March 31, 2008, at 10:00 AM.
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER CONTINUING  2
MOTION TO DISMISS HEARING AND CASE
MANAGEMENT CONFERENCE

1  //
2  //
3         Respectfully Submitted,
4
5  DATED: February 5, 2008            AMERICAN CIVIL LIBERTIES UNION
6                                     FOUNDATION OF NORTHERN CALIFORNIA
7
8                                     By: _____
                                           Jory C. Steele
9
10
11 DATED: February 5, 2008            COVINGTON & BURLING LLP
12
                                      By: _____
13                                         Stephen E. George
14                                    Attorneys for Plaintiffs
15
16
17 DATED: February 6, 2008            MITCHELL, BRISSO, DELANEY & VRIEZE
18
19                                    By: _____
                                           William F. Mitchell
20
21                                    Attorneys for Defendants
22
23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
24
25 DATED: February __, 2008           _____
26                                    Hon. Thelton E. Henderson
27
28