JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SAMUEL L. GENSAW III, ET AL. | Civil Case No.: C 07 3009 TEH |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF DISMISSAL FROM ACTION OF CLAIMS BROUGHT BY PLAINTIFF RUBY GRUBBS ON BEHALF OF PLAINTIFFS CHERRISA PARSLEY AND ISAIAH PARSLEY** |
| DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, ET AL. | |
| Defendants. | |
| | Honorable Thelton E. Henderson |

NOTICE OF DISMISSAL FROM ACTION OF CLAIMS
BROUGHT BY PLAINTIFF RUBY GRUBBS ON BEHALF
OF PLAINTIFFS CHERRISA PARSLEY AND ISAIAH
PARSLEY

Civil Case No.: C 07 3009 TEH

1  WHEREAS Ruby Grubbs, a plaintiff in the above-captioned case, is no longer
2  the guardian *ad litem* of plaintiff Cherrisa Parsley or plaintiff Isaiah Parsley;
3  Accordingly, Ruby Grubbs hereby dismisses the claims brought by her on behalf
4  of Cherrisa Parsley and Isaiah Parsley as against all defendants.

Respectfully Submitted,

DATED: February 14, 2008

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By: _____
Jory C. Steele

DATED: February 14, 2008

COVINGTON & BURLING LLP

By: _____
Stephen E. George

Attorneys for Plaintiffs

NOTICE OF DISMISSAL FROM ACTION OF CLAIMS
BROUGHT BY PLAINTIFF RUBY GRUBBS ON BEHALF
OF PLAINTIFFS CHERRISA PARSLEY AND ISAIAH
PARSLEY

2

Civil Case No.: C 07 3009 TEH