**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gensaw,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>,<br><br>　　　　　Defendant(s). | 07-03009 TEH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03009 TEH                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: March 13, 2008

                                               RICHARD W. WIEKING
                                               Clerk
                                               by:    Timothy J. Smagacz

                                               _____
                                               ADR Administrative Assistant
                                               415-522-4205
                                               Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03009 TEH                                              -2-

**PROOF OF SERVICE**

Case Name:      Gensaw v.

Case Number:    07-03009 TEH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 13, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Stephen Emmanuel George
> Covington & Burling LLP
> 1 Front Street
> 35 Floor
> San Francisco, CA 94111
> sgeorge@cov.com
>
> Jory Claire Steele
> ACLU of Northern California
> 39 Drumm Street
> San Francisco, CA 94111
> jsteele@aclunc.org
>
> Donald W. Brown
> Covington & Burling
> One Front Street
> San Francisco, CA 94111
>
> Alan Lawrence Schlosser
> ACLU Foundation of Northern California, Inc.
> 39 Drumm Street

San Francisco, CA 94111
aschlosser@aclunc.org

John Michael Vrieze
Mitchell, Brisso, Delaney & Vrieze
P.O. Drawer 1008
Eureka, CA 95502
jvrieze@mitchelllawfirm.com

William Forrest Mitchell
Mitchell, Brisso, Delaney & Vrieze
Attorneys at Law
P.O. Drawer 1008
Eureka, CA 95502
wmitchell@mitchelllawfirm.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2008 in San Francisco, California.

          RICHARD W. WIEKING
          Clerk
          by:   Timothy J. Smagacz

          */s/ Timothy Smagacz*
          ———————————————
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov