1  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAMUEL L. GENSAW III, et al.,         CASE NO.:  C-07-3009-TEH

11         Plaintiffs,                    **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
12 vs.                                    **(CIVIL LOCAL RULE 3-16)**

13 DEL NORTE COUNTY UNIFIED
   SCHOOL DISTRICT, et al.,
14
           Defendants.
15

16

17
       Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date,
18
   other than the named parties and the members of the Class identified in the Complaint,
19
   there is no such interest to report.
20

21

22 DATED: March 19, 2008            MITCHELL, BRISSO, DELANEY & VRIEZE

23
                                    By: _____
24
                                        John M. Vrieze
25                                      William F. Mitchell
                                        Attorneys for Defendants
26