IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL GENSAW III, et al,

              Plaintiffs,

v.

DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.,

              Defendants.

NO. C 07-3009 TEH

ORDER CONTINUING HEARING ON MOTION TO DISMISS

      To accommodate the Court's schedule, hearing on Defendant's Motion to Dismiss is continued from Monday, March 31, 2008, to Monday, April 14, 2008, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 3/19/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT