UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAMUEL L. GENSAW III, ET AL.

        Plaintiff(s),

v.

DEL NORTE COUNTY UNIFIED
SCHOOL DISTRICT, ET AL.
        Defendant(s).

Case No. C 07-3009 TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3-24-08

                                              [Party]

Dated: 3-25-08

                                              [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

## ADR CERTIFICATION BY PARTIES AND COUNSEL

__X__ By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with the practice of this business for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____ By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____ By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed April _1_, 2008, at Eureka, California.

_____
Micalyn Harris

Donald W. Brown
COVINGTON & BURLING
Attorneys at Law
One Front Street
San Francisco, CA 94111
*Co-Counsel For Plaintiffs*