UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: April 14, 2008

**Case No:** C 07-03009 TEH

**Case Title**: GENSAW, et al. v. DEL NORTE CO. UNIFIED SCHOOL DISTRICT, et al.

**Appearances:**

    For Plaintiff(s): Jory Steele, Donald Brown

    For Defendant(s): William Mitchell, John Vrieze

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Joan Columbini

### PROCEEDINGS

1. Hearing on the Motion to Dismiss - held

MOTION/MATTER: ( ) Granted
( ) Denied
( ) Granted in part/Denied in part
(X) Taken under submission
( ) Withdrawn/Off Calendar
(X) Continued to: **Monday, 06/02/08 at 1:30 PM for CMC**

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant    (X) Court

### SUMMARY

- Parties shall file a joint CMC statement 7 days prior to the next hearing.