1 John M. Vrieze, CSB #115397
  William F. Mitchell, CSB #159831
2 MITCHELL, BRISSO, DELANEY & VRIEZE
  Attorneys at Law
3 814 Seventh Street
  P. O. Drawer 1008
4 Eureka, CA 95502
  Tel: (707) 443-5643
5 Fax: (707) 444-9586

6 Attorneys for Defendants

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SAMUEL L. GENSAW III, et al.,          CASE NO.: C-07-3009-TEH

12          Plaintiffs,                    **ANSWER TO COMPLAINT**
                                           **[Jury Trial Requested]**
13 vs.

14 DEL NORTE COUNTY UNIFIED
   SCHOOL DISTRICT, et al.,

15          Defendants.

16

17       Defendant Del Norte County Unified School District, a political subdivision of the

18 State of California; Robert Berkowitz, sued in his professional capacity as a member of

19 the Del Norte County Unified School District Board; Thomas Cochran, sued in his

20 official capacity as a member of the Del Norte County Unified School District Board;

21 Faith Crist, in her official capacity as a member of the Del Norte County Unified School

22 District Board; William Maffett, in his official capacity as a member of the Del Norte

23 County Unified School District Board; Jan Moorehouse, in her official capacity as a

24 member of the Del Norte County Unified School District Board; William Parker, in his

25 official capacity as a member of the Del Norte County Unified School District Board,

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**ANSWER TO COMPLAINT**

1   answer plaintiff's complaint filed herein, as modified by the Court's Order partially

2   granting and partially denying defendants' Motion to Dismiss as follows:

3                              **GENERAL ALLEGATIONS**

4           Responding to ¶ 1 of the Complaint, defendants admit that plaintiffs are seeking

5   declaratory and injunctive relief arising out of plaintiffs' challenge to the June 9, 2005

6   decision by the Del Norte County Unified School District to close the middle school

7   grades of Margaret Keating Elementary School and deny that plaintiffs constitute a

8   certifiable class.

9           Responding to ¶ 2 of the Complaint, defendants admit that at the time the

10  complaint was filed approximately 67% of the students at Margaret Keating were Native

11  Americans and admit a Yurok structure is maintained at the Margaret Keating School, but

12  deny that it constitutes "a model Yurok village." Defendants deny the allegations of the

13  third and fourth sentences of ¶ 2, as pled. Defendants admit on information and belief the

14  allegations of the fifth and sixth sentences, and affirmatively allege such facilities and

15  opportunities remain available. Defendants lack sufficient information or belief upon

16  which to admit or deny the remaining allegations in the paragraph, and based on such

17  lack of information or belief, defendants deny each and every other allegation contained

18  therein.

19          Responding to ¶ 3 of the Complaint, defendants deny the allegations in the first

20  sentence. As to the second sentence, defendants admit on information and belief that

21  Native Americans comprise approximately 15% of the students in the overall district and

22  deny on information and belief the remaining allegations contained in said paragraph.

23          Responding to ¶ 4 of the Complaint, defendants admit that the Board of the Del

24  Norte County Unified School District approved the closure of the middle school grades at

25  Margaret Keating School and to reassign the students in those grades to Crescent Elk

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
**ANSWER TO COMPLAINT**

1    Middle School.  Further responding to said paragraph, defendants deny the remaining

2    allegations contained therein.

3         Responding to ¶ 5 of the Complaint, defendants admit that budget considerations

4    factored in part into the closing of the middle school grades at Margaret Keating and

5    affirmatively allege that educational opportunities at other schools also factored into the

6    decision.  Defendants admit that the alleged, but not actual, justification is contrary to

7    recommendations made by a "Blue Ribbon Facilities Committee."  Further responding to

8    said paragraph, defendants deny the remaining allegations contained therein.

9         Responding to ¶ 6 of the Complaint, defendants admit that a letter from the United

10   States Department of Education Office of Civil Rights ("OCR") states that the OCR

11   conducted an investigation of the District's decision to close the middle school grades at

12   Margaret Keating in response to a complaint, that the letter stated that the OCR found

13   that the District did not comply with Title VI and "the regulation," based on the negative

14   determination that "there was not sufficient evidence to establish that the decision was

15   made for reasons other than national origin," deny that it made an affirmative and express

16   determination that the Board acted with discriminatory intent against Margaret Keating

17   Native American students on the basis of race in violation of Title VI or any applicable

18   regulation, and deny the remaining allegations in this paragraph.  In addition, defendants

19   affirmatively allege that the OCR letter is does not create the source of the rights sued

20   upon by the plaintiff, is not relevant precedent in this proceeding, and that the standards

21   applicable to OCR regulatory determinations are not the same standards which apply to a

22   private cause of action.  Further responding to said paragraph, defendants deny the

23   remaining allegations contained therein.

24        Responding to ¶ 7 of the Complaint, defendants deny each and every allegation set

25   forth therein.

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3
**ANSWER TO COMPLAINT**

1        Responding to ¶ 8 of the Complaint, defendants deny each and every allegation set

2   forth therein.

3        Responding to ¶ 9 of the Complaint, defendants deny each and every allegation set

4   forth therein.

5        Responding to ¶ 10 of the Complaint, defendants admit that plaintiffs seek the

6   relief described therein, and deny that plaintiffs are entitled to the relief sought.  Further

7   responding to said paragraph, defendants deny the remaining allegations contained

8   therein.

9                                  **JURISDICTION**

10       Responding to ¶ 11 of the Complaint, defendants admit that plaintiffs allege

11  jurisdiction under 42 U.S.C. §1983, the 14th Amendment to the United States

12  Constitution, Title V1 of the Civil Rights Act 1964, 42 U.S.C. §2000d et seq., and

13  California Government Code §11135, et seq., and deny that plaintiffs are entitled to relief

14  under said provisions.

15       Responding to ¶ 12 of the Complaint, defendants admit that the cited provisions

16  generally confer subject matter jurisdiction, and that Rule 23(b)(2) of the Federal Rules

17  of Civil Procedure authorizes class actions, and deny that plaintiffs are entitled to relief

18  under any of these specified provisions, and deny that plaintiffs are a certifiable class.

19                                  **VENUE**

20       Responding to ¶ 13 of the Complaint, defendants admit that venue is proper.

21                **INTRADISTRICT TRANSFER**

22       Responding to ¶ 14 of the Complaint, defendants admit that this case is assignable

23  to the San Francisco division or the Oakland division pursuant to Civil L.R.C. 3-2(d).

24                            **PLAINTIFFS**

25       Responding to ¶ 15 through ¶ 24 of the Complaint, inclusive, defendants lack

26  sufficient information or belief upon which to admit or deny the allegations set forth in

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4

**ANSWER TO COMPLAINT**

1    these paragraphs, and based on such lack of information or belief, defendants deny each

2    and every allegation contained therein.

3         Responding to ¶ 25 through ¶ 33 of the Complaint, inclusive, defendants admit the

4    allegations set forth therein.

## CLASS ACTION ALLEGATIONS

6         Responding to ¶ 34 and ¶ 35 of the Complaint, inclusive, defendants admit that

7    plaintiffs seek class certification under Federal Rule of Civil Procedure 23(a)(b)(2), and

8    deny that plaintiff's qualify for class certification.

## ALLEGATIONS PERTAINING TO DEFENDANTS

10         Responding to ¶ 36 of the Complaint, the District admits that it receives federal

11   funding as alleged.  Further responding to said paragraph, defendants deny on

12   information and belief the remaining allegations contained therein.

13         Responding to ¶ 37 of the Complaint, defendants deny each and every allegation

14   set forth therein.

15         Responding to ¶ 38 of the Complaint, defendants deny each and every allegation

16   set forth therein.

17         Responding to ¶ 39 of the Complaint, defendants admit Margaret Keating was, at

18   the time the complaint was filed the only school that taught sixth, seventh and eight

19   grades in the Klamath community.  Further responding to said paragraph, defendants

20   deny on information and belief the remaining allegations contained therein.

21         Responding to ¶ 40 of the Complaint, defendants admit the allegations set forth

22   therein.

23         Responding to ¶ 41 of the Complaint, defendants lack sufficient information or

24   belief upon which to admit or deny the allegations set forth in this paragraph, and based

25   on such lack of information or belief, defendants deny each and every allegation

26   contained therein.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

5

**ANSWER TO COMPLAINT**

1    Responding to ¶ 42 of the Complaint, defendants admit the allegations set forth

2  therein.

3    Responding to ¶ 43 of the Complaint, defendants admit that the Blue Ribbon

4  Facilities Committee, in the Blue Ribbon Report, stated that "[t]he largest savings would

5  be realized from closing an in-town school, assuming that there will be a minimum

6  change in the school-age population with the opening of the casino resort," admit that the

7  Committee's report stated that one of its recommendations was to "consider changing

8  Mountain to a K-5 school," and noted that the District was currently busing children into

9  town and would be able to transport students in grades six through eight without any

10  additional expense, admit that the Committee also recommended busing students in

11  grades six through eight from Margaret Keating into Crescent City, deny that the

12  Committee noted that the that busing Margaret Keating to Crescent Elk would require

13  additional expense, and deny that it identified the closing of grades six through eight of

14  Margaret Keating as the least effective cost-saving measure.

15    Responding to ¶ 44 of the Complaint, defendants admit that the School Board held

16  meetings with parents of the children enrolled in the three schools identified by the Blue

17  Ribbon Facilities Committee for possible closure at various times, and deny that the

18  District was left with no available cost-saving option other than closure of grades six

19  through eight at Margaret Keating due to the order in which the meetings were held.

20  Defendants lack sufficient information or belief upon which to admit or deny the

21  remaining allegations set forth in this paragraph, and based on such lack of information

22  or belief, defendants deny each and every allegation contained therein.

23    Responding to ¶ 45 of the Complaint, defendants deny that Margaret Keating

24  parents were not given any informed opportunity to attend School Board meetings at

25  which possible school closure was discussed, and lack sufficient information or belief

26  upon which to admit or deny the remaining allegations set forth in this paragraph, and

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

6

ANSWER TO COMPLAINT

1  based on such lack of information or belief, defendants deny each and every allegation

2  contained therein.

3       Responding to ¶ 46 of the Complaint, defendants deny the allegations set forth in

4  this paragraph, as pled.

5       Responding to ¶ 47 of the Complaint, defendants deny that the Native American

6  community, as well as the general Klamath community, "overwhelmingly opposed"

7  closure of the Margaret Keating middle school grades, admit that some members of the

8  Klamath community expressed concern about the possible closure of the middle school

9  grades, and lack sufficient information or belief upon which to admit or deny the

10 remaining allegations set forth in this paragraph, and based on such lack of information

11 or belief, defendants deny each and every allegation contained therein.

12      Responding to ¶ 48 of the Complaint, defendants admit that the School Board

13 unanimously approved the transfer of sixth through eighth grade students at Margaret

14 Keating to Crescent Elk Middle School, effective in the Fall of the 2005-2006 school

15 year, and lack sufficient information or belief upon which to admit or deny the remaining

16 allegations set forth in this paragraph, and based on such lack of information or belief,

17 defendants deny each and every allegation contained therein.

18      Responding to ¶ 49 of the Complaint, defendants deny each and every allegation

19 set forth therein.

20      Responding to ¶ 50 of the Complaint, defendants lack sufficient information or

21 belief to admit or deny the allegations contained therein, and based on such lack of

22 information or belief, defendants deny each and every allegation set forth therein.

23      Responding to ¶ 51 of the Complaint, defendants lack sufficient information or

24 belief to admit or deny the allegations contained therein, and based on such lack of

25 information or belief, defendants deny each and every allegation set forth therein.

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

7
**ANSWER TO COMPLAINT**

1    Responding to ¶ 52 of the Complaint, defendants admit that they did not follow

2  the recommendations of the Blue Ribbon Finance Committee, and affirmatively allege

3  they had no affirmative duty to follow such recommendations.  Further responding to the

4  allegations, defendants lack sufficient information or belief to admit or deny the

5  allegations contained therein, and based on such lack of information or belief, defendants

6  deny each and every remaining allegation set forth therein.

7    Responding to ¶ 53 of the Complaint, defendants admit that the subject OCR letter

8  stated that the District violated Title VI Regulation 34 C.F.R. §100.3(a) based on the

9  negative determination that "there was not sufficient evidence to establish that the

10  decision was made for reasons other than national origin," admit that, based on this

11  negative finding, found that the District did not comply with Title VI and "the

12  regulation," deny that it made an affirmative and express determination that the Board

13  discriminated against Margaret Keating Native American students on the basis of race in

14  violation of Title VI, admit that it noted that its decision noted it was unable to find any

15  documentation or records prepared prior to the Board's decision that explained why the

16  Board reassigned students from Margaret Keating, but did not implement the other

17  recommendations, admit that the decision stated that there was insufficient evidence to

18  substantiate the reasons stated by the Board for its decision, and deny the remaining

19  allegations in this paragraph.  In addition, defendants affirmatively allege that the OCR

20  letter does not create the source of the rights sued upon by the plaintiff, is not relevant

21  precedent in this proceeding, and that the standards applicable to OCR regulatory

22  determinations are not the same standards which apply to a private cause of action.

23    Responding to ¶ 54 of the Complaint, defendants deny each and every allegation

24  set forth therein.

25    Responding to ¶ 55 of the Complaint, defendants deny each and every allegation

26  set forth therein.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

8

ANSWER TO COMPLAINT

1      Responding to ¶ 56 of the Complaint, defendants lack sufficient information or

2  belief to admit or deny the allegations of this paragraph, and based on such lack of

3  information or belief, defendants admit each and every approximate percentage alleged

4  therein.

5      Responding to ¶ 57 of the Complaint, defendants admit the stated findings of the

6  Native American Languages Act, deny that said Act creates any private cause of action,

7  and lack sufficient information or belief to admit or deny the remaining allegations

8  contained in this paragraph, and based on such lack of information and belief, defendants

9  deny each and every allegation set forth therein.

10     Responding to ¶ 58 of the Complaint, defendants lack sufficient information or

11  belief to admit or deny the allegations contained in this paragraph, and based on such lack

12  of information and belief, defendants deny each and every allegation set forth therein.

13     Responding to ¶ 59 of the Complaint, defendants deny that the closure of Margaret

14  Keating middle school grades diminishes these students' abilities to be full and active

15  members of their tribe, and lack sufficient information or belief to admit or deny the

16  remaining allegations contained in this paragraph, and based on such lack of information

17  and belief, defendants deny each and every allegation set forth therein.

18     Responding to ¶ 60 of the Complaint, defendants admit a Yurok structure is

19  maintained at the Margaret Keating School, but deny that it constitutes "a model Yurok

20  village." and admit on information and belief that children visited Margaret Keating

21  school, on occasion, to learn about Yurok culture, and affirmatively allege such

22  opportunities remain today.  Defendants deny each and every remianing allegation

23  contained therein.

24     Responding to ¶ 61 of the Complaint, defendants deny each and every allegation

25  set forth therein.

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

9
**ANSWER TO COMPLAINT**

1  Responding to ¶ 62 of the Complaint, defendants deny each and every allegation

2  set forth therein.

3  Responding to ¶ 63 of the Complaint, defendants deny each and every allegation

4  set forth in the first sentence. Defendants lack sufficient information or belief to admit or

5  deny the remaining allegations contained in the second and third sentences, and based on

6  such lack of information and belief, defendants deny each and every allegation set forth

7  therein.

8  **COUNT ONE: FOURTEENTH AMENDMENT EQUAL PROTECTION CLAIM**

9  Responding to ¶ 64, defendants incorporate herein by reference as though fully set

10  forth herein all prior paragraphs contained in this answer.

11  Responding to ¶ 65 of the Complaint, defendants deny each and every allegation

12  set forth therein.

13  Responding to ¶ 66 of the Complaint, defendants admit that they deny plaintiffs

14  contentions and deny the remaining allegations in this paragraph.

15  Responding to ¶ 67 of the Complaint, defendants deny each and every allegation

16  set forth therein.

17  **COUNT TWO: TITLE VI CLAIM**

18  Responding to ¶ 68 of the Complaint, defendants incorporate herein by reference

19  as though fully set forth herein all prior paragraphs contained in this answer.

20  Responding to ¶ 69 of the Complaint, defendants deny each and every allegation

21  set forth herein.

22  Responding to ¶ 70 of the Complaint, defendants admit that defendants deny

23  plaintiffs' contentions, and deny the remaining allegations in this paragraph.

24  Responding to ¶ 71 of the Complaint, defendants deny each and every allegation

25  set forth therein.

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

10
**ANSWER TO COMPLAINT**

1

2

## COUNT THREE: CAL. GOV. CODE §1135 CLAIM

[Claim Dismissed Pursuant to Order Filed April 18, 2008.]

3

## AFFIRMATIVE DEFENSES

4    AS AND FOR A FIRST AFFIRMATIVE DEFENSE, defendants allege that

5    plaintiffs have failed to state a cause of action upon which relief can be granted.

6    AS AND FOR A SECOND AFFIRMATIVE DEFENSE, defendants allege that

7    they are immune from suit pursuant to the 11th Amendment of the United States

8    Constitution.

9    AS AND FOR A THIRD AFFIRMATIVE DEFENSE, defendants allege on

10   information and belief that plaintiffs complaint is barred by the applicable statute of

11   limitations.

12   AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, defendants allege that

13   the defendants' acts were privileged under applicable statutes and case law.

14   AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, defendants allege that the

15   claim for violation of 42 U.S.C. §1983 is barred and subsumed by plaintiffs' claim for

16   violation of Title VI.

17   AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, defendants allege that the

18   named plaintiffs do not qualify as a certifiable class under applicable federal law.

19   AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, defendants allege that

20   plaintiffs lack standing under applicable federal law.

21   AS AND FOR AN EIGTH AFFIRMATIVE DEFENSE, defendants cannot fully

22   anticipate all affirmative defenses that may be applicable to this action; accordingly,

23   defendants expressly reserve the right to assert additional defenses if and to the extent

24   such affirmative defenses become applicable throughout the pendency of this action.

25   Defendants demand a jury.

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

11

**ANSWER TO COMPLAINT**

1        WHEREFORE, defendants pray that plaintiffs take nothing by way of their

2   complaint, and further request costs of suit incurred, attorneys fees, and such other relief

3   as the Court deems just and proper.

4

5   DATED:  April 28, 2008                    MITCHELL, BRISSO, DELANEY & VRIEZE

6

7                                        By:

8                                             John M. Vrieze
                                             William F. Mitchell
9                                             Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

12
**ANSWER TO COMPLAINT**