John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants


JORY C. STEELE, CSB # 206944
ALAN L. SCHLOSSER, CSB # 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, CSB # 83347
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al., | CASE NO.: C-07-3009-TEH |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT** |
| vs. | DATE: June 2, 2008<br>TIME: 1:30 P.M.<br>CTRM: 12, 19th Floor<br>Honorable Thelton E. Henderson |
| DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O Drawer 1008
Eureka, CA 95502

0

JOINT CASE MANAGEMENT STATEMENT

The parties submit the following as their Joint Case Management Statement in the above-entitled action.

### Jurisdiction and Service

Plaintiffs assert that this Court has jurisdiction over all of the plaintiffs' claims pursuant to 28 U.S.C. §§1331, 1343. This action for declaratory and injunctive relief arises under 42 U.S.C. §1983, the Fourteenth Amendment to the United States Constitution, Title VI of the Civil Rights Act of 1964, 42 U.S.C. §2000d *et seq.*, and Cal. Gov. Code, §§11135, *et. seq.* Pursuant to 28 U.S.C. §§2201 and 2202, this Court has jurisdiction to declare the rights of the parties and to grant all further relief deemed necessary and proper. Rule 23(b)(2) of the Federal Rules of Civil Procedure authorizes the maintenance of this action as a class action. Plaintiffs are not aware of any issue regarding personal jurisdiction or venue. Venue is proper in this action pursuant to 28 U.S.C. §1391 because the defendants reside in the Northern District of California. All defendants have been served with or have accepted service of the Complaint and have appeared in the action.

### Facts

In the 2004-2005 school year, approximately 67% of the students enrolled at Margaret Keating Elementary School, in Klamath, California, were Native Americans. Plaintiffs contend that Margaret Keating has been and is for students and others a center of Native American cultural heritage, important to the preservation of the traditions, values, and customs of the Yurok tribe.

On June 9, 2005, the Board of the Del Norte County Unified School District ("District" or "Board") voted to close the middle school grades (six through eight) of the Margaret Keating Elementary School, in Klamath, California, and to reassign the sixth through eighth grade students to Crescent Elk Middle School in Crescent City, California, beginning September 2005.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O Drawer 1008
Eureka, CA 95502

1

JOINT CASE MANAGEMENT STATEMENT

Eight children of Native American descent, through their parents/legal guardians, and on behalf of a putative class of Native American children who would attend grades six through eight at Margaret Keating but for the closure, claim that the decision to close the middle school grades of Margaret Keating Elementary School and to reassign middle grade students to Crescent Elk Middle School had a discriminatory impact on Native Americans, and was racially motivated. Plaintiffs seek a "preliminary and permanent injunction mandating the defendants to re-open grades six through eight at Margaret Keating Elementary School, staffed with qualified teachers assigned to teach each grade the full curricula appropriate to that grade and supporting activities that teach and foster Native American languages, history and culture, and permit any and all Native American children living in Klamath and eligible for those grades who wish to do so to attend the middle school grades at Margaret Keating." Plaintiffs also seek class certification and attorney's fees pursuant to 42 U.S.C. §1988.

Defendants assert that the decision to close the middle school grades of Margaret Keating Middle School and to reassign those students to Crescent Elk Middle School was made for legitimate, nondiscriminatory reasons, including cost savings due to a budget deficit, and to provide students with better educational opportunities.

## Legal Issues

The legal issues are as follows: (1) whether or not the District Board's decision to close the middle school grades of the Margaret Keating Elementary School and to reassign these students to Crescent Elk Middle School violated plaintiffs' rights under 42 U.S.C. §1983 (Equal Protection Clause of the Fourteenth Amendment to the Constitution) and/or Title VI of the Civil Rights Act of 1964; (2) whether or not the plaintiffs qualify as a certifiable class; (3) whether or not plaintiffs have standing; and (4) whether or not plaintiffs are entitled to declaratory and/or injunctive relief.

## Motions

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

JOINT CASE MANAGEMENT STATEMENT

Defendants intend to proceed with a motion for summary judgment, following completion of discovery. Plaintiffs intend to file a motion seeking class certification.

### Amendment of Pleadings

The claims brought by Ruby Grubbs as guardian *ad litem* on behalf of Cherrisa Parsley and Isaiah Parsley have been dismissed because Ms. Grubbs is no longer the Parsleys' guardian *ad litem*. Plaintiffs are considering seeking approval from the Court to amend the Complaint to add an additional plaintiff.

### Evidence Preservation

Plaintiffs believe that most or all of the documents supporting its claims in this case are in the custody of the defendants, but plaintiffs have taken measures to ensure the preservation of what few documents they possess relevant to this action. Defense counsel has informed defendants of the need to preserve all evidence relevant to the issues in this action, and have insured that no such evidence will be destroyed or erased.

### Disclosures

The parties have agreed to make initial disclosures pursuant to Rule 26(a)(1) concurrent with the filing of this statement.

### Discovery

The parties have conferred and agree to a discovery plan as follows: completion of factual discovery by September 30, 2008; completion of expert discovery by December 1, 2008. Plaintiffs anticipate filing a motion for class certification, and defendants a motion for summary judgment, sometime in January 2009.

### Class Actions

Plaintiffs contend the proposed class -- all Native American children living in Del Norte County who would attend grades six, seven and/or eight at Margaret Keating Elementary School in the 2007-2008 and subsequent academic years but for Defendants' closure of those grades -- satisfies all four requirements of Rule 23(a), and is properly

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

JOINT CASE MANAGEMENT STATEMENT

maintained as a class action pursuant to Rule 23(b)(2). Defendants dispute this, and will oppose any motion for class certification.

### Related Cases

On April 21, 2008, plaintiffs filed in Del Norte County Superior Court the Cal. Gov't Code §11135 cause of action that this Court dismissed. The parties have agreed to stay that action pending resolution of this case.

### Relief

Plaintiffs seek a "preliminary and permanent injunction mandating the defendants to re-open grades six through eight at Margaret Keating Elementary School, staffed with qualified teachers assigned to teach each grade the full curricula appropriate to that grade and supporting activities that teach and foster Native American languages, history and culture, and permit any and all Native American children living in Klamath and eligible for those grades who wish to do so to attend the middle school grades at Margaret Keating." Plaintiffs also seek class certification and attorney's fees pursuant to 42 U.S.C. §1988.

### Settlement and ADR

Plaintiffs' and defense counsel, and defendant/Superintendent Jan Moorehouse met and conferred in person at the law offices of plaintiffs' counsel regarding possible informal resolution of this matter. Because this case was assigned to the ADR Multi-Option Program, the parties have filed the required Notice of Need for ADR Phone Conference form. The parties conducted an ADR phone conference with the Court's ADR representative prior to the motion to dismiss hearing, and it was agreed to put off further ADR discussions until after the Court's ruling on the motion to dismiss. This follow-up ADR phone conference has been scheduled for June 12, 2008.

### Consent to Magistrate Judge for All Purposes

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O Drawer 1008
Eureka, CA 95502

4

JOINT CASE MANAGEMENT STATEMENT

The defendants declined to have a magistrate judge conduct all further proceedings in this matter.

### Other References

The parties do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

### Narrowing of Issues

At this juncture, the parties do not have any proposals for the narrowing of issues, the expediting of the presentation of evidence at trial, or the bifurcation of issues, claims or defenses.

### Expedited Schedule

The parties do not believe this is the type of case that can be handled on an expedited basis with streamlined procedures.

### Scheduling

The parties have conferred and agree to a factual discovery cut-off date of September 30, 2008 and an expert discovery cut-off date of December 1, 2008. The plaintiffs anticipate filing a motion for class certification, and defendants a motion for summary judgment, sometime in January 2009.

### Trial

Plaintiffs expect that this trial, which will take place before a jury, will be approximately four to six weeks in length.

### Disclosure of Non-party Interested Entities or Persons

The parties have filed the "Certificate of Interested Entities or Persons" as required by Civil Local Rule 3-16, and, other than the named parties, no such interested entities or persons exist.

### Other Matters

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O Drawer 1008
Eureka, CA 95502

5

JOINT CASE MANAGEMENT STATEMENT

1  The parties suggest that a further case management conference be scheduled prior
2  to the agreed-upoon factual discovery cut-off date of September 30, 2008.

3

4  DATED: May 27, 2008           MITCHELL, BRISSO, DELANEY & VRIEZE

5                                By: *[signature]*
6                                    Attorneys for Defendants

7

8  DATED: May 27, 2008           COVINGTON & BURLING LLP

9                                By: *[signature]*
10                                   Attorneys for Plaintiffs

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O Drawer 1008
Eureka, CA 95502

6

JOINT CASE MANAGEMENT STATEMENT