UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: June 2, 2008

**Case No:** C 07-03009 TEH

**Case Title**: GENSAW, et al. v. DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.

**Appearances:**

    For Plaintiff(s): Donald Brown, Jory Steele

    For Defendant(s): William Mitchell

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: not reported

## PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                       ( ) Denied
                       ( ) Granted in part/Denied in part
                       ( ) Taken under submission
                       ( ) Withdrawn/Off Calendar
                       (X) Continued to: **Monday, 10/06/08 at 1:30 PM for Further CMC**

## SUMMARY

- Parties shall file a joint CMC statement 7 days prior to the next hearing.