JORY C. STEELE, SBN 206944
GRETA S. HANSEN, SBN 251471
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111

Telephone:  (415) 621-2493
Facsimile:  (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, ET AL.<br><br>    Defendants. | Civil Case No.: C 07 3009 TEH<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF DISMISSAL FROM ACTION OF CLAIMS BROUGHT ON BEHALF OF PLAINTIFF ANGELICA ULMER**<br><br>Honorable Thelton E. Henderson |

1  WHEREAS Angelica Ulmer, a plaintiff in the above-captioned case, has taken
2  up residence permanently with her biological father in Oregon; and
3  WHEREAS Curtis F. Gensaw, a plaintiff in the above-captioned case, is no
4  longer the guardian *ad litem* of Angelica Ulmer;
5  Accordingly, Curtis F. Gensaw hereby dismisses the claims brought by him on
6  behalf of Angelica Ulmer as against all defendants.

    Respectfully Submitted,

10  DATED:  December 19, 2008          COVINGTON & BURLING LLP

                                        By:      /s/
                                              Stephen E. George

                                           Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Thelton E. Henderson
12/23/08