John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al., | CASE NO.:  C-07-3009-TEH |
| Plaintiffs, | **REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER** |
| vs. | |
| DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al., | CMC: March 2, 2009
TIME: 1:30 p.m. |
| Defendants. | |

A Case management Conference is scheduled for the above-entitled Court for March 2, 2009.

The law office of counsel for the defendants is located in Eureka, California, more than 250 miles from the federal courthouse.  Accordingly, counsel requests that they be allowed to appear by telephone for the scheduled Case Management Conference.

DATED: February 19, 2009                                           MITCHELL, BRISSO, DELANEY & VRIEZE

                                                                                    By: _____
                                                                                           William F. Mitchell
                                                                                           Attorneys for Defendants

IT IS SO ORDERED
Judge Thelton E. Henderson
02/23/09

REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER                    1