JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111

Telephone:  (415) 621-2493
Facsimile:  (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111

Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, ET AL.<br><br>  Plaintiffs,<br><br>  v.<br><br>DEL NORTE COUNTY UNIFIED<br>SCHOOL DISTRICT, ET AL.<br><br>  Defendants. | Civil Case No.: C 07 3009 TEH<br><br>**NOTICE OF DISMISSAL FROM ACTION OF CLAIMS BROUGHT BY PLAINTIFF RUBY GRUBBS ON BEHALF OF PLAINTIFFS CHERRISA PARSLEY AND ISAIAH PARSLEY**<br><br>Honorable Thelton E. Henderson |

NOTICE OF DISMISSAL FROM ACTION OF CLAIMS BROUGHT BY PLAINTIFF RUBY GRUBBS ON BEHALF OF PLAINTIFFS CHERRISA PARSLEY AND ISAIAH PARSLEY

Civil Case No.: C 07 3009 TEH

      WHEREAS Ruby Grubbs, a plaintiff in the above-captioned case, is no longer the guardian *ad litem* of plaintiff Cherrisa Parsley or plaintiff Isaiah Parsley;

      Accordingly, Ruby Grubbs hereby dismisses the claims brought by her on behalf of Cherrisa Parsley and Isaiah Parsley as against all defendants.

Respectfully Submitted,

DATED:  February 14, 2008

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By: _____
     Jory C. Steele

DATED:  February 14, 2008

COVINGTON & BURLING LLP

By: _____
     Stephen E. George

Attorneys for Plaintiffs

**IT IS SO ORDERED**
Judge Thelton E. Henderson
03/02/09
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA