John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al., | CASE NO.: C-07-3009-TEH |
| Plaintiffs, | **REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER** |
| vs. | |
| DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al., | **DATE: June 8, 2009**<br>**TIME: 1:30 p.m.** |
| Defendants. | |

A Case management Conference is scheduled for the above-entitled Court for June 8, 2009.

The law office of counsel for the defendants is located in Eureka, California, more than 250 miles from the federal courthouse.  Accordingly, counsel requests that they be allowed to appear by telephone for the scheduled Case Management Conference.

DATED: June 1, 2009                    MITCHELL, BRISSO, DELANEY & VRIEZE

IT IS SO ORDERED

Judge Thelton E. Henderson

06/02/09

By: _William F. Mitchell_
       William F. Mitchell
       Attorneys for Defendants