JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN, SBN 83347
STEPHEN E. GEORGE, SBN 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sgeorge@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Civil Case No.:  C 07 3009 THE<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AND ~~PROPOSED~~ ORDER**<br><br>Date:   June 8, 2008<br>Time:   1:30 P.M.<br>Ctrm:   12, 19th Floor<br><br>Honorable Thelton E. Henderson |

   A Case Management Conference is scheduled for the above-captioned case on June 8, 2009, at 1:30pm.

   Donald W. Brown, lead counsel for Plaintiffs in this action, is required to appear before another court in New York City, New York on June 8.  Accordingly, attorneys for Plaintiffs respectfully request that Mr. Brown be allowed to appear by telephone at the

scheduled Case Management Conference.  Plaintiffs' counsel Greta S. Hansen and Stephen E. George plan to attend the conference in person.

DATED:  June 2, 2009          COVINGTON & BURLING LLP

By: _____
     Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED:  June 3, 2009

_____
Hon. Thelton E. Henderson