JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN (SBN 83357)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356

Telephone: 415.591.6000
Facsimile: 415.591.6091
Email: dwbrown@cov.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al.,<br><br>Plaintiffs,<br>v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Civil Case No.: C 07 3009 TEH<br><br>**STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Honorable Thelton E. Henderson |

WHEREAS a tentative settlement agreement-in-principle has been reached in this matter;

WHEREAS on August 10, 2009, the Court continued the further Case Management Conference in this matter to September 28, 2009, to allow the parties time to reach a final, executed settlement agreement;

SF: 124315-10

STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

1  WHEREAS the parties are continuing to work on a final settlement agreement, and hope to
2  be able to reach a final agreement and obtain the several parties' signatures to such an agreement
3  within the next thirty (30) days;

4  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties,
5  by and through their respective counsel, that:

6  1. The further Case Management Conference currently scheduled to take place on
7  September 28, 2009, shall be continued to October 26, 2009 [~~2008~~], at 1:30 p.m., or on such date and at
8  such time thereafter as is convenient for the Court;

9  2. The parties shall file a joint Case Management Conference Statement seven (7) calendar
10 days prior to the next Case Management Conference; and

11 3. The CMC date will be vacated once dismissal papers are filed.

DATED: September 23, 2009

COVINGTON & BURLING LLP

By _____
Donald W. Brown

Attorneys for Plaintiffs

DATED: September 23, 2009

MITCHELL, BRISSO, DELANEY & VRIEZE

By _____
William F. Mitchell

Attorneys for Defendants

**IT IS SO ORDERED**

DATED: 09/24/09

_____
Judge Thelton E. Henderson
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE