JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
 OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN (SBN 83357)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356

Telephone: 415.591.6000
Facsimile: 415.591.6091
Email: dwbrown@cov.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al.,<br><br>Plaintiffs,<br>v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Civil Case No.: C 07 3009 THE<br><br>**STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Honorable Thelton E. Henderson |

WHEREAS a tentative settlement agreement-in-principle has been reached in this matter;

WHEREAS on September 24, 2009, the Court continued the further Case Management Conference in this matter to October 26, 2009, to allow the parties time to reach a final, executed settlement agreement;

1  WHEREAS the parties have continued to work on a final settlement agreement, and counsel
2  for the parties have come to an agreement themselves regarding the terms, conditions and wording
3  of a final settlement agreement;
4  WHEREAS counsel now are in the process of seeking and obtaining the several parties'
5  signatures to such an agreement, which they expect to have within the next thirty (30) days;
6  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties,
7  by and through their respective counsel, that:
8  1. The further Case Management Conference currently scheduled to take place on October
9  26, 2009, shall be continued to November 30, 2009, at 1:30 p.m., or on such date and at such time
10 thereafter as is convenient for the Court;
11 2. The parties shall file a joint Case Management Conference Statement seven (7) calendar
12 days prior to the next Case Management Conference; and
13 3. The CMC date will be vacated once dismissal papers are filed.

DATED: October 19, 2009

COVINGTON & BURLING LLP

By _____
Donald W. Brown

Attorneys for Plaintiffs

DATED: October 19, 2009

MITCHELL, BRISSO, DELANEY & VRIEZE

By _____
William F. Mitchell

Attorneys for Defendants

**IT IS SO ORDERED**

[Signature]
Judge Thelton E. Henderson
10/20/09