JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA  94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN (SBN 83357)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California  94111-5356

Telephone: 415.591.6000
Facsimile: 415.591.6091
Email: dwbrown@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al.,<br><br>             Plaintiffs,<br>v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.,<br><br>             Defendants. | Civil Case No.:  C 07 3009 THE<br><br>**STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Honorable Thelton E. Henderson |

WHEREAS a tentative settlement agreement-in-principle has been reached in this matter;

WHEREAS on October 20, 2009, the Court continued the further Case Management Conference in this matter to November 30, 2009, to allow counsel for the several parties time to seek and obtain the several parties' signatures to the final settlement agreement now fully negotiated and agreed by counsel;

WHEREAS counsel still are in the process of seeking and obtaining the several parties' signatures to the final settlement agreement, which they expect to have within the next thirty (30) days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their respective counsel, that:

1. The further Case Management Conference currently scheduled to take place on November 30, 2009, shall be continued to January 11, 2010, at 1:30 p.m., or on such date and at such time thereafter as is convenient for the Court;

2. The parties shall file a joint Case Management Conference Statement seven (7) calendar days prior to the next Case Management Conference; and

3. The CMC date will be vacated once dismissal papers are filed.

DATED: November 23, 2009

COVINGTON & BURLING LLP

By  /s/ Richard A. Jones
         Richard A. Jones

Attorneys for Plaintiffs

DATED: November 23, 2009

MITCHELL, BRISSO, DELANEY & VRIEZE

By    /s/ William F. Mitchell
         William F. Mitchell

Attorneys for Defendants

**IT IS SO ORDERED**

DATED:   11/24/09



THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2
STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE