JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN (SBN 83357)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356

Telephone: 415.591.6000
Facsimile: 415.591.6091
Email: dwbrown@cov.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SAMUEL L. GENSAW III, et al.,

Plaintiffs,

v.

DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.,

Defendants.

Civil Case No.: C 07 3009 THE

**STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

Honorable Thelton E. Henderson

WHEREAS a tentative settlement agreement-in-principle has been reached in this matter;

WHEREAS on November 25, 2009, the Court continued the further Case Management Conference in this matter to January 11, 2010, to allow counsel for the several parties time to seek and obtain the several parties' signatures to the final settlement agreement now fully negotiated and agreed by counsel;

WHEREAS all parties but one have now executed the final settlement agreement, including plaintiff Curtis Gensaw (on behalf of his children) and all of the defendants;

WHEREAS plaintiffs' counsel are in contact with the other plaintiff who needs to sign the final settlement agreement, Margaret Gensaw (on behalf of her children), and expect to have her signature within the next two weeks;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their respective counsel, that:

1. The further Case Management Conference currently scheduled to take place on January 11, 2010, shall be continued to ~~February 8~~ March 1, 2010, at 1:30 p.m., or on such date and at such time thereafter as is convenient for the Court;

2. The parties shall file a joint Case Management Conference Statement seven (7) calendar days prior to the next Case Management Conference; and

3. The CMC date will be vacated once dismissal papers are filed.

DATED: January 4, 2010

COVINGTON & BURLING LLP

By [signature]
Donald W. Brown

Attorneys for Plaintiffs

DATED: January 4, 2010

MITCHELL, BRISSO, DELANEY & VRIEZE

By [signature]
John M. Vrieze

Attorneys for Defendants

**IT IS SO ORDERED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[signature]
Judge Thelton E. Henderson

01/05/10