JORY C. STEELE, SBN 206944
ALAN L. SCHLOSSER, SBN 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 621-2493
Facsimile: (415) 255-1478
jsteele@aclunc.org

DONALD W. BROWN (SBN 83357)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356

Telephone: 415.591.6000
Facsimile: 415.591.6091
Email: dwbrown@cov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. GENSAW III, et al.,<br><br>   Plaintiffs,<br>v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.,<br><br>   Defendants. | Civil Case No.: C 07 3009 THE<br><br>**STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Honorable Thelton E. Henderson |

WHEREAS a tentative settlement agreement-in-principle has been reached in this matter;

WHEREAS on January 5, 2010, the Court continued the further Case Management Conference in this matter to March 1, 2010, to allow plaintiffs' counsel time to obtain plaintiff Margaret Gensaw's signature (on behalf of her children) to the final settlement agreement now fully negotiated and agreed by counsel;

---
STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

WHEREAS, as previously reported, all parties but one have now executed the final settlement agreement, including plaintiff Curtis Gensaw (on behalf of his children) and all of the defendants;

WHEREAS plaintiffs' counsel have been in contact with Ms. Gensaw in an effort to obtain her signature to the final settlement agreement;

WHEREAS this past weekend Ms. Gensaw has raised concerns about signing the settlement agreement, concerns not directly related to the terms and conditions of the settlement agreement, that plaintiffs' counsel need to further address with Ms. Gensaw;

WHEREAS plaintiffs' counsel expect and intend to resolve the issue presented by Ms. Gensaw's hesitation to sign the settlement agreement within the next two weeks;

WHEREAS plaintiffs' counsel respectfully request that the further Case Management Conference in this matter be continued to March 29, 2010, to allow plaintiffs' counsel time to resolve the issue presented by Ms. Gensaw's hesitation to sign the settlement agreement;

WHEREAS plaintiffs' counsel do not intend to seek any further continuance of the further Case Management Conference in this matter, expecting either to file dismissal papers before March 29, 2010, or to appear for the Case Management Conference on that date to make a report to the Court regarding the status of this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their respective counsel, that:

1. The further Case Management Conference currently scheduled to take place on March 1, 2010, shall be continued to March 29, 2010, at 1:30 p.m., or on such date and at such time thereafter as is convenient for the Court;

2. The parties shall file a joint Case Management Conference Statement seven (7) calendar days prior to the next Case Management Conference; and

3. The CMC date will be vacated once dismissal papers are filed.

DATED: February 22, 2010

COVINGTON & BURLING LLP

By /s/ Donald W. Brown
    Donald W. Brown

Attorneys for Plaintiffs

DATED: February 22, 2010

MITCHELL, BRISSO, DELANEY & VRIEZE

By   s/s William F. Mitchell
    William F. Mitchell

Attorneys for Defendants

**IT IS SO ORDERED**

DATED:   02/22/10

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

STIPULATED ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE