UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL L. GENSAW III, et al.,

Plaintiffs,

v.

DEL NORTE COUNTY UNIFIED
SCHOOL DISTRICT, et al.,

Defendants.

Civil Case No.:  C 07 3009 THE

**STIPULATION AND ORDER OF
DISMISSAL**

Honorable Thelton E. Henderson

Plaintiffs SAMUEL L. GENSAW III, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; LENA-BELLE GENSAW, a minor, by and through MARGARET L. GENSAW, her mother/legal guardian; JON-LUKE GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; PETER R. GENSAW, a minor, by and through MARGARET L. GENSAW, his mother/legal guardian; WILLIAM ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, his father/legal guardian; ANGELICA ULMER, a minor, by and through CURTIS F. GENSAW, her legal guardian; CHARLES ULMER-GENSAW, a minor, by and through CURTIS FM GENSAW, his father/legal guardian; and TERESITA ULMER-GENSAW, a minor, by and through CURTIS F. GENSAW, her father/legal guardian (collectively, "Plaintiffs"), on the one hand, and DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; ROBERT BERKOWITZ, in his official capacity as a member of the Del

Norte County Unified School District Board; THOMAS COCHRAN, in his official capacity as a member of the Del Norte County Unified School District Board; FAITH CRIST, in her official capacity as a member of the Del Norte County Unified School District Board; WILLIAM MAFFETT, in his official capacity as a member of the Del Norte County Unified School District Board; JAN MOOREHOUSE, in her official capacity as Superintendent of the Del Norte County Unified School District; and WILLIAM PARKER, in his official capacity as a member of the Del Norte County Unified School District Board (collectively, "Defendants"), on the other (Plaintiffs and Defendants together are the "Parties"), hereby stipulate as follows:

       1.  Plaintiffs filed this action against Defendants seeking a declaratory judgment that Defendants' decision to close the middle school grades at Margaret Keating, and their reassigning the students displaced by that decision to Crescent Elk, violated rights guaranteed to those students by 42 U.S.C. § 1983, the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, and a preliminary and permanent injunction ordering Defendants to re-open grades six through eight at Margaret Keating, with supporting activities designed to teach and foster Native American languages, history and culture.

       2.  Having reached a settlement agreement with Defendants, Plaintiffs hereby dismiss their complaint, with prejudice.

1        3.   Each party shall beat his, her or its own attorneys' fees and costs.

2    DATED: March 26, 2010

3                              COVINGTON & BURLING LLP

4

5                              By _____
                                       Donald W. Brown

6

7    DATED: March 26, 2010              Attorneys for Plaintiffs

8                              MITCHELL, BRISSO, DELANEY & VRIEZE

9                              By _____
                                       John M. Vrieze

10

11                             Attorneys for Defendants

12   **IT IS SO ORDERED**

13   DATED:   03/29/10

14

15

16                             _____

17                       THE HONORABLE THELTON E. HENDERSON
                    UNITED STATES DISTRICT COURT JUDGE

18

19                                   Judge Thelton E. Henderson

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL